| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-19401 / MBK**

Edward J Lechleiter

Petition Filed Date: 10/24/2023
341 Hearing Date: 12/07/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2024 | $2,200.00 | | 01/24/2024 | $1,100.00 | | | | |

**Total Receipts for the Period: $3,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edward J Lechleiter | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq. | Attorney Fees | $3,550.00 | $0.00 | $3,550.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | INTERNAL REVENUE SERVICE | Priority Creditors | $16,653.93 | $0.00 | $0.00 |
|   | »» 2021 EST TAXES 2022 | Hold Funds: Estimated |   |   |   |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $723.20 | $0.00 | $0.00 |
|   | »» 2021, EST TAXES 2022 | Hold Funds: Estimated |   |   |   |
| 3 | DISCOVER BANK | Unsecured Creditors | $12,516.98 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,731.72 | $0.00 | $0.00 |
| 5 | BOROUGH OF SAYREVILLE | Secured Creditors | $20,705.56 | $0.00 | $0.00 |
|   | »» 1 VINCENT ST/TAXES |   |   |   |   |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $9,022.89 | $0.00 | $0.00 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $6,116.17 | $0.00 | $0.00 |
| 8 | PNC Bank, N.A. | Unsecured Creditors | $12,204.87 | $0.00 | $0.00 |
| 9 | PNC BANK, NA | Mortgage Arrears | $4,278.09 | $0.00 | $0.00 |
|   | »» P/1 VINCENT ST/1ST MTG |   |   |   |   |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $111.80 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC | Unsecured Creditors | $1,510.69 | $0.00 | $0.00 |
|   | »» RESURGENT ACQUISITIONS LLC |   |   |   |   |
| 12 | ALLY CAPITAL | Debt Secured by Vehicle | $456.18 | $0.00 | $0.00 |
|   | »» 2019 DODGE DURNAGO |   |   |   |   |
| 13 | NJ DIVISION OF TAXATION | Priority Creditors | $1,584.32 | $0.00 | $0.00 |
|   | »» TGI-EE 2022 EST | Hold Funds: Estimated |   |   |   |

**Chapter 13 Case No. 23-19401 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | |
|---|---|---|
| Total Receipts: | $3,300.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: $1,100.00 |
| Paid to Trustee: | $273.90 | Arrearages: $0.00 |
| Funds on Hand: | $3,026.10 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

